BOARD OF EDUCATION OF THE OLENTANGY LOCAL SCHOOL DISTRICT, APPELLANT,
*v.* DELAWARE COUNTY BOARD OF REVISION ET AL., APPELLEES.

[Cite as *Bd. of Edn. of the Olentangy Local School Dist. v. Delaware Cty. Bd. of Revision,* 111 Ohio St.3d 1213, 2006-Ohio-5603.]

(No. 2005–2194—Submitted August 9, 2006—Decided November 1, 2006.)

{¶ 1} The appeal is dismissed, sua sponte, on the authority of *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reason stated in his dissent in *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178, ¶ 5.

Rich, Crites & Dittmer, L.L.C., Mark H. Gillis, Jeffrey A. Rich, and Kelley A. Gorry, for appellant.

Sleggs, Danzinger & Gill Co., L.P.A., and Robert K. Danzinger, for appellee 8355 Highfield Drive (Volvo) Associates, L.L.C.